

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of Z.U.L., Z.N.L., and Z.I.L., Children

No. 06-20-00079-CV

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 20-0183). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that costs are assessed against the party incurring same.

The Office of the Attorney General is exempted from the payment of appellate court costs based on its status as a Title IV-D agency.

RENDERED JANUARY 12, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk